# INVOICE
## Court Reporting

PAGE 1

683-5381  
Amanda C. Shoffel, Esquire  
City of Philadelphia Law Department  
1515 Arch Street, 14th Fl  
One Parkway Building  
Philadelphia, PA 191021595  

Robert Williams  
-vs-  
City of Philadelphia, et al  
CASE ID    110713cg1&2  

**CUSTOMER REFERENCE NUMBER**

INVOICE DATE  11/22/2013  
INVOICE NO    CR021005  
DUE DATE      12/22/2013  

JOB INFO  Taken 11/7/201  By Colleen Gallagher  
Location  Cogan & Assoc., 2000 Market St., Phila, PA  

NET DUE    393.55

| FOR SERVICES RENDERED | WITNESS | PAGES/QTY | AMOUNT |
|---|---|---|---|
| Copy of: Witness Testimony Minuscript in lieu of transcript. | Oral Deposition of Police Officer Alvin Outlaw | 99 | 242.55 |
| Exhibits | | 11 | 2.75 |
| Copy of: Witness Testimony Minuscript in lieu of transcript. | Oral Deposition of Police Officer Michael Vargas | 60 | 147.00 |
| Exhibits | | 5 | 1.25 |

Federal Tax ID  23-1867085  
WE ACCEPT CREDIT CARD PAYMENTS!

TOTAL       393.55  
PREPAYMENT    0.00  
NET DUE     393.55  

TERMS: NET 30 Days - $7.50 Monthly Service Charge Added each month after 30 days  
Kindly refer to Invoice Number to assure proper credit of your payment.

B R Services for Prof, Inc  
235 South 13th Street  
Philadelphia, PA 19107  
215-546-7400  

Return this portion of Invoice for proper credit.

NET DUE    393.55

CUST ID         683-5381      City of Philadelphia Law Department  
INVOICE NO      CR021005  
INVOICE DATE    11/22/2013  
CASE ID         110713cg1&2  
                Robert Williams  
                City of Philadelphia, et al

# INVOICE

Court Reporting  PAGE 1

683-5381
Amanda C. Shoffel, Esquire
City of Philadelphia Law Department
1515 Arch Street, 14th Fl
One Parkway Building
Philadelphia, PA 191021595

Robert Williams
-vs-
City of Philadelphia, et al
CASE ID    021214cg1&2

**CUSTOMER REFERENCE NUMBER**

INVOICE DATE  2/27/2014
INVOICE NO    CR021289
DUE DATE      3/29/2014

JOB INFO  Taken 2/12/201  By Colleen Gallagher
Location  Office of: Anthony J. Petrone, Esquire

NET DUE    424.30

| FOR SERVICES RENDERED | WITNESS | PAGES/QTY | AMOUNT |
|---|---|---|---|
| Copy of:<br>Witness Testimony<br>Minuscript in lieu of transcript. | Oral Deposition of Andre Boyer | 120 | 294.00 |
| Exhibits | | 52 | 13.00 |
| Original and one copy of:<br>Witness Testimony | Oral Deposition of James Lindsay | 34 | 117.30 |

Federal Tax ID  23-1867085
WE ACCEPT CREDIT CARD PAYMENTS!

TOTAL       424.30
PREPAYMENT    0.00
NET DUE     424.30

TERMS: NET 30 Days - $7.50 Monthly Service Charge Added each month after 30 days
Kindly refer to Invoice Number to assure proper credit of your payment.

B R Services for Prof, Inc
235 South 13th Street
Philadelphia, PA 19107
215-546-7400

Return this portion of Invoice for proper credit.

NET DUE    424.30

CUST ID       683-5381       City of Philadelphia Law Department
INVOICE NO    CR021289
INVOICE DATE  2/27/2014
CASE ID       021214cg1&2
              Robert Williams
              City of Philadelphia, et al

# INVOICE

Court Reporting  PAGE 1

683-5381  
Amanda C. Shoffel, Esquire  
City of Philadelphia Law Department  
1515 Arch Street, 14th Fl  
One Parkway Building  
Philadelphia, PA 191021595

Robert Williams  
-vs-  
City of Philadelphia, et al  
CASE ID    032714cg1,2,3&4

**CUSTOMER REFERENCE NUMBER**

INVOICE DATE  4/16/2014  
INVOICE NO    CR021469  
DUE DATE      5/16/2014

JOB INFO   Taken 3/27/201  By Jeannine Cancelliere  
Location  Office of: Anthony J. Petrone, Esquire

NET DUE    282.65

| FOR SERVICES RENDERED | WITNESS | PAGES/QTY | AMOUNT |
|---|---|---|---|
| Copy of: Witness Testimony Minuscript in lieu of transcript. | Oral Deposition of Lietenant Karyn Baldini | 31 | 75.95 |
| Exhibits | | 16 | 4.00 |
| Copy of: Witness Testimony Minuscript in lieu of transcript. | Oral Deposition of Police Officer James Craig | 23 | 56.35 |
| Exhibits | | 7 | 1.75 |
| Copy of: Witness Testimony Minuscript in lieu of transcript. | Oral Deposition of Police Officer Victoria Ayres | 25 | 61.25 |
| Exhibits | | 10 | 2.50 |

Federal Tax ID  23-1867085  
WE ACCEPT CREDIT CARD PAYMENTS!

TOTAL    282.65

TERMS: NET 30 Days - $7.50 Monthly Service Charge Added each month after 30 days  
Kindly refer to Invoice Number to assure proper credit of your payment.

B R Services for Prof, Inc  
235 South 13th Street  
Philadelphia, PA 19107  
215-546-7400

Return this portion of invoice for proper credit.

NET DUE    282.65

CUST ID          683-5381      City of Philadelphia Law Department  
INVOICE NO       CR021469  
INVOICE DATE     4/16/2014  
CASE ID          032714cg1,2,3&4  
                 Robert Williams  
                 City of Philadelphia, et al

# INVOICE
## Court Reporting

PAGE 2

683-5381  
Amanda C. Shoffel, Esquire  
City of Philadelphia Law Department  
1515 Arch Street, 14th Fl  
One Parkway Building  
Philadelphia, PA 191021595

Robert Williams  
-vs-  
City of Philadelphia, et al  
CASE ID    032714cg1,2,3&4

**CUSTOMER REFERENCE NUMBER**

INVOICE DATE 4/16/2014  
INVOICE NO CR021469  
DUE DATE 5/16/2014

JOB INFO   Taken 3/27/201   By Jeannine Cancelliere  
Location  Office of: Anthony J. Petrone, Esquire

NET DUE    282.65

| FOR SERVICES RENDERED | WITNESS | PAGES/QTY | AMOUNT |
|---|---|---|---|
| Copy of:<br>Witness Testimony<br>Minuscript in lieu of transcript. | Oral Deposition of Police Officer Renae Jeffcoat | 33 | 80.85 |

Federal Tax ID  23-1867085  
WE ACCEPT CREDIT CARD PAYMENTS!

TOTAL        282.65  
PREPAYMENT     0.00  
NET DUE      282.65

TERMS: NET 30 Days - $7.50 Monthly Service Charge Added each month after 30 days  
Kindly refer to Invoice Number to assure proper credit of your payment.

B R Services for Prof, Inc  
235 South 13th Street  
Philadelphia, PA 19107  
215-546-7400

Return this portion of Invoice for proper credit.

NET DUE    282.65

CUST ID          683-5381    City of Philadelphia Law Department  
INVOICE NO       CR021469  
INVOICE DATE     4/16/2014  
CASE ID          032714cg1,2  
                 ,3&4  
                 Robert Williams  
                 City of Philadelphia, et al

# INVOICE

ERSA Court Reporters  
30 South 17th Street  
United Plaza Building - Suite 1520  
Philadelphia, PA 19103  
Phone:215-564-1233  Fax:215-564-1225  

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 180081 | 3/4/2014 | 165266 |
| **Job Date** | **Case No.** ||
| 1/30/2014 | ||
| **Case Name** |||
| Williams, Robert v. The City of Philadelphia |||
| **Payment Terms** |||
| Due upon receipt |||

Shoffel, Amanda  
City of Philadelphia Law Department  
1515 Arch Street  
Philadelphia, PA 19102  

---

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
- Robert Williams — 108.00 Pages — 345.60

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
- Conah Howard — 42.00 Pages — 134.40

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
- Dallas Martin — 34.00 Pages — 108.80

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
- Dimitri Jacques — 29.00 Pages — 92.80
    - CD Rom - No Charge — 0.00
    - Minuscript - No Charge — 0.00
    - Hand Delivery — 0.00 — 0.00

**TOTAL DUE >>>  $681.60**

Thank you. We appreciate your business.

**Tax ID:** 20-0288959

---

*Please detach bottom portion and return with payment.*

Shoffel, Amanda  
City of Philadelphia Law Department  
1515 Arch Street  
Philadelphia, PA 19102  

Invoice No.  : 180081  
Invoice Date : 3/4/2014  
**Total Due** : **$681.60**

Remit To: **ERSA Court Reporters**  
**30 South 17th Street**  
**United Plaza Building - Suite 1520**  
**Philadelphia, PA 19103**

Job No.   : 165266  
BU ID     : Phila  
Case No.  :  
Case Name : Williams, Robert v. The City of Philadelphia