# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT WILLIAMS** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **CITY OF PHILADELPHIA, et al.** | : | **NO. 13-cv-207** |

## JUDGMENT

**AND NOW**, this 15th day of July, 2014, judgment is hereby entered in favor of the City of Philadelphia, Officer Andre Boyer and Officer Alvin Outlaw, and against Robert Williams, in the amount of $ 1,906.65.

*[signature]*

**MICHAEL E. KUNZ**
**CLERK OF COURT**